**Opinion issued June 27, 2013**



In The

# Court of Appeals

**For The**

# First District of Texas

———————————

### NO. 01-13-00087-CR

———————————

### CARLTON RAY BUSH, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Court at Law No. 1**
**Montgomery County, Texas**
**Trial Court Cause No. 11-269089**

---

## MEMORANDUM OPINION

Appellant, Carlton Ray Bush, Jr., has neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing

dismissal of appeal if no clerk's record filed due to appellant's fault). After being notified that this appeal was subject to dismissal, appellant did not adequately respond.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *Sutherland v. State*, 132 S.W.3d 510, 512 (Tex. App.—Houston [1st Dist.] 2004, no pet.) (dismissing criminal appeal for want of prosecution based on appellant's failure to pay for clerk's record). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.